Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JAIME RAUL FELICIANO,<br><br>             Defendant. | No.  6:14-MJ-104-MJS<br><br>STIPULATION TO CONTIUE REVIEW HEARING; AND ORDER THEREON |

   IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Jaime Raul Feliciano, by and through his attorney of record, George Borges, that the Review Hearing in the above-captioned matter set for October 27, 2015, shall be continued to September 20, 2016 at 10:00 a.m. To date, the Defendant has maintained a clean criminal history, paid the $2,00 fine in full, paid the $744.03 restitution in full, completed the DMV DUI course, and attended AA three times weekly.

   Dated:  October 15, 2015              /S/ Matthew McNease_____
                                         Matthew McNease
                                         Acting Legal Officer
                                         Yosemite National Park

1

| | |
|---|---|
| Dated: October 15, 2015 | /S/ George Borges |
| | George Borges |
| | Attorney for Defendant |
| | Jaime Raul Feliciano |

### ORDER

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the October 27, 2015, Review Hearing for Jaime Raul Feliciano, case number *6:14-mj-104-MJS*, is hereby continued to September 20, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 22, 2015               /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

2